# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| Edward W. Van Romer and Basic Concepts, Inc., ) ) ) | Case No. 6:06-cv-02867-HFF |
| Plaintiffs, ) ) | **ORDER GRANTING DEFENDANT'S MOTION TO SEAL ITS REPLY MEMORANDUM REGARDING MOTION TO COMPEL** |
| v. ) ) | |
| Interstate Products, Inc., ) ) | |
| Defendant. ) ) | |

With the consent of Plaintiffs, Defendant has moved the Court for an Order to seal its reply brief to Plaintiffs' opposition to Defendant's motion to compel, along with certain exhibits in support thereof. Having considered all papers filed in connection therewith, and good cause having been shown, therefor:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. Defendant's Motion to Seal its Reply Brief and Supporting Exhibits is GRANTED.

2. Defendant's reply brief and supporting exhibits shall be held by the Court under seal.

**IT IS SO ORDERED.**

October 26, 2009    **s/Henry F. Floyd**
　　　　　　　　　　　　　　　　　　　　　　Henry F. Floyd
　　　　　　　　　　　　　　　　　　　　　　United States District Judge