IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| EDWARD W. VAN ROMER and BASIC CONCEPTS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 6:06-cv-02867-WMC |
| v. | ) ) | |
| INTERSTATE PRODUCTS, INC., | ) ) | |
| Defendant. | ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Please take notice that the plaintiffs, Edward W. Van Romer and Basic Concepts, Inc., hereby withdraw Ronald E. Cardwell as counsel in the above-styled case. Plaintiffs will continue to be represented by their other counsel of record in this case.

Respectfully submitted,

/s/ *Cort Flint*
Cort Flint, Fed ID 830
McNair Law Firm, PA
Post Office Box 447
Greenville, SC 29602
Telephone: 864-232-4261

Attorneys for Plaintiffs

Dated: December 16, 2009

GREENVILLE 274106v1