# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Edward W. Van Romer and Basic Concepts Inc </br>*Plaintiff* </br>v. </br>Interstate Products Inc </br>*Defendant* | ) </br>) </br>) </br>) Civil Action No. 6:06-2867 </br>) </br>) </br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff *(name)* Edward W. Van Romer and Basic Concepts Inc recover from the defendant *(name)* Interstate Products Inc the amount of Four Hundred Fifty Seven Thousand Nine Hundred Eighty-Seven dollars ($ 457,987.00 ), together with prejudgment interest and costs, plus postjudgment interest at the rate of .42 % as provided by law

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: US Patent No 5,762,233 is valid and infringed by the defendant. The defendant is ordered to refrain from any and all activities that would constitute direct or contributory infringement of US Patent No 5,762,233, through the remaining life of the patent.

This action was *(check one)*:

❐ tried by a jury with _____ presiding, and the jury has rendered a verdict.

■ tried by U.S. Magistrate Judge William M. Catoe without a jury and the above decision was reached.

❐ decided by Judge _____ on a motion for _____.

Date: March 31, 2010

CLERK OF COURT

s/Susan James, Deputy Clerk

_____
*Signature of Clerk or Deputy Clerk*